**Order entered April 27, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-20-00550-CV

**CITY OF DALLAS, TEXAS, Appellant**

**V.**

**TRINITY EAST ENERGY, LLC, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-01443**

**ORDER**

Before the Court is appellant's April 26, 2021 unopposed second motion for an extension of time to file its combined reply/cross-appellee's brief. We **GRANT** the motion and extend the time to **June 4, 2021**. We caution appellant that a further extension request will be disfavored.

/s/    KEN MOLBERG
JUSTICE